# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

August 17, 2006

CHAMBERS OF
**ELLEN BREE BURNS**
SENIOR U.S. DISTRICT JUDGE
NEW HAVEN, CONNECTICUT 06510-2030

RECEIVED

2006 AUG 23  A 10: 53

FINANCIAL
DISCLOSURE OFFICE

The Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
 Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Re: <u>Calendar Year 2005 Filing</u>

Dear Judge Smith:

In reply to your letter of July 18, 2006, please be advised in Part VII, page 1, line 7, column D(3) should be K; page 2, line 24, column D(3) should be J; page 3, line 48, column D(3) should be J and line 54, column D(3) should be L; and page 4, line 55, column D(3) should be J and line 56, column D(3) should be J.

Yours truly,

Ellen Bree Burns
Senior United States District Judge

EBB:pac

| AO-10 Rev. 1/2004 | | |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

**Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)**

| 1. Person Reporting (Last name, First name, Middle initial) BURNS, ELLEN B | 2. Court or Organization U.S. DISTRICT COURT, CT | 3. Date of Report 5/11/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR JUDGE | 5. ReportType (check appropriate type) ( ) Nomination, Date ( ) Initial (●) Annual ( ) FInal | 6. Reporting Period 1/1/2005 to 12/31/2005 |
| 7. Chambers or Office Address UNITED STATES COURTHOUSE 141 CHURCH STREET NEW HAVEN, CT 06510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Albertus Magnus College |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | State of Connecticut pension | $51,777.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, ELLEN B | 5/11/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Webster Bank | C | Interest | L | T | | | | | |
| 2. Merrill Lynch money market account | A | Interest | J | T | | | | | |
| 3. Hudson United Bank | A | Dividend | J | T | | | | | |
| 4. Bell South stock | A | Dividend | K | T | | | | | |
| 5. Verizon stock | A | Dividend | K | T | | | | | |
| 6. AT&T stock | A | Dividend | K | T | | | | | |
| 7. SBC stock | B | Dividend | K | T | merger w/ATT | 12/05 | | | |
| 8. Van Kampen Fund | A | Dividend | J | T | | | | | |
| 9. U.S. Series E Bonds | | None | L | T | | | | | |
| 10. Nuveen Conn. Premium Inc. Municipal Fund | A | Interest | J | T | | | | | |
| 11. Dreyfus Conn. Municipal money market Fund | A | Interest | K | T | | | | | |
| 12. Conn. ST HLTH-EDL Bond | A | Interest | J | T | | | | | |
| 13. Conn. State Dev. Authority Bond | A | Interest | K | T | | | | | |
| 14. Conn. State Housing Finance Bond | A | Interest | K | T | | | | | |
| 15. Conn. State Series A Bond | A | Interest | J | T | | | | | |
| 16. Nuveen Large Cap Value Fund A | A | Interest | K | T | | | | | |
| 17. Ridgefield CT LOT A Bond | A | Interest | J | T | | | | | |
| 18. Univ. CT Series A Bond | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, ELLEN B | 5/11/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Eli Lilly stock | A | Dividend | J | T | | | | | |
| 20. Sprint Nextel Communication stock | A | Dividend | J | T | | | | | |
| 21. Conn. ST HEFA Rev. Series H Bond | B | Interest | J | T | | | | | |
| 22. Dreyfus Short Int. Govt. Fund | A | Dividend | J | T | | | | | |
| 23. Time Warner stock | A | Dividend | J | T | | | | | |
| 24. Gillette Co. stock | A | Dividend | J | T | buy out | 10/05 | | | |
| 25. IBM stock | A | Dividend | J | T | | | | | |
| 26. Lucent Technologies stock | | None | J | T | | | | | |
| 27. Mattel, Inc. stock | A | Dividend | J | T | | | | | |
| 28. Pfizer, Inc. stock | A | Dividend | J | T | | | | | |
| 29. Sara Lee Corp. stock | A | Dividend | J | T | | | | | |
| 30. Vodaphone Air Touch stock | A | Dividend | J | T | | | | | |
| 31. Conn. State Series F Bond | A | Interest | K | T | | | | | |
| 32. CT HEFA Rev. Fairfield Bond | A | Interest | J | T | | | | | |
| 33. So. Central Conn. Regional Water Authority Bond | | None | J | T | | | | | |
| 34. United Illuminating Holdings Corp. | A | Dividend | J | T | | | | | |
| 35. Hartford Financial Services | A | Dividend | J | T | | | | | |
| 36. Conn. ST Series B Bond | B | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, ELLEN B | 5/11/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Conn. ST Clean Water Bond | B | Interest | K | T | | | | | |
| 38. Conn. ST. SPL Tax Obl. Bond | B | Interest | K | T | | | | | |
| 39. Kraft Foods stock | A | Dividend | J | T | | | | | |
| 40. Novartis Ag. Spon ADR | A | Dividend | J | T | | | | | |
| 41. MBNA America Bank CD | C | Interest | L | T | | | | | |
| 42. AIG America Classic V anuity | | None | J | T | | | | | |
| 43. Agere Systems, Inc. stock | | None | A | T | | | | | |
| 44. Comcast Corp. stock | | None | A | T | | | | | |
| 45. Conn. State Housing Finance Bond | A | Interest | K | T | | | | | |
| 46. Conn. State Series D Bond | A | Interest | K | T | | | | | |
| 47. Conn. State Series D Bond | A | Interest | J | T | | | | | |
| 48. People's Bank | A | Interest | J | T | matured 2/05 | | | | |
| 49. People's Bank | A | Interest | J | T | | | | | |
| 50. Scudder RREEF Real Estate II | A | Dividend | J | T | | | | | |
| 51. AT&T Inc. Public Income (previously SBC) | A | Interest | J | T | | | | | |
| 52. Ing Clarion Global Real Estate | A | Interest | J | T | | | | | |
| 53. John Hancock Tax ADVATG Fund | A | Interest | J | T | | | | | |
| 54. New Alliance Bank money market | A | Interest | L | T | closed 1/05 | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, ELLEN B | 5/11/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. MFS International New Discovery FD | A | Dividend | J | T | buy 6/22/05 | | | | |
| 56. Procter & Gamble stock | A | Dividend | J | T | * | | | | |
| 57. *buy out of Gillette stock 10/3/05 | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BURNS, ELLEN B | 5/11/2006 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BURNS, ELLEN B | 5/11/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date_____ 5/11/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544